LARY ALAN RAPPAPORT, SBN 87614
lrappaport@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310-557-2900
Facsimile: 310-557-2193

KATHARINE H. PARKER, *Admitted Pro Hac Vice*
kparker@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

BRIDGIT M. DePIETTO, *Admitted Pro Hac Vice*
bdepietto@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW, Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899

Attorneys for Defendants
**TIME INC., ADMINISTRATIVE COMMITTEE OF THE
TIME WARNER PENSION PLAN, and FMR LLC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORINDA REICHERT,<br><br>            Plaintiffs,<br><br>        v.<br><br>TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,<br><br>            Defendants. | Case No. 3:11-cv-03592-WHA<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**<br><br>Hon. William Alsup |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Time Inc., a non-governmental corporate party, Administrative Committee of the Time Warner Pension Plan ("Administrative Committee"), a non-governmental entity, and FMR LLC, a non-governmental corporate party, by and through their attorneys of record Proskauer Rose LLP, make the following certifications:

1. Time Inc. certifies that it is wholly owned by its parent company, Time Warner Inc., a public company. Additionally, pursuant to Civil Local Rule 3.16, Time Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Time Warner Inc.

2. Administrative Committee certifies that no publicly held corporation owns ten percent (10%) or more of its stock. Additionally, pursuant to Civil Local Rule 3-16, Administrative Committee certifies that as of this date, other than the named parties, there is no such interest in Administrative Committee to report.

3. FMR LLC certifies that no publicly held corporation owns ten percent (10%) or more of its stock. Additionally, pursuant to Civil Local Rule 3-16, FMR LLC certifies that as of this date, other than the named parties, there is no such interest in FMR LLC to report.

DATED: August 24, 2011         LARY ALAN RAPPAPORT
KATHARINE H. PARKER
BRIDGIT M. DePIETTO
PROSKAUER ROSE LLP


*/s/ Lary Alan Rappaport*
LARY ALAN RAPPAPORT

Attorneys for Defendants
TIME INC., ADMINISTRATIVE
COMMITTEE OF THE TIME WARNER
PENSION PLAN, and FMR LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record.

DATED: August 24, 2011

LARY ALAN RAPPAPORT
KATHARINE H. PARKER
BRIDGIT M. DePIETTO
PROSKAUER ROSE LLP


*/s/ Lary Alan Rappaport*
LARY ALAN RAPPAPORT

Attorneys for Defendants
TIME INC., ADMINISTRATIVE
COMMITTEE OF THE TIME WARNER
PENSION PLAN, and FMR LLC

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS                                                              Case No. 3:11-cv-03592-WHA