**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORINDA REICHERT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,<br><br>　　　　　　Defendants. | Case No. 3:11-cv-03592-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE (CMC)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, pursuant to Local Rules 6-1(b) and 6-2, that Defendants will file a motion to dismiss Plaintiffs' Complaint on September 20, 2011, and subject to the Court's approval, the briefing schedule and hearing date on this matter will be as follows:

1) Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on October 14, 2011;

2) Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on October 25, 2011;

3) The hearing date on this matter will be held on November 17, 2011 at 8 a.m., or as or as soon thereafter as this matter may be heard; and

4) The Initial Case Management Conference (CMC) for this matter will be held on November 17, 2011.

Defendants submit the Declaration of Katharine H. Parker in support of this Stipulation and Proposed Order, pursuant to Local Rule 6-2(a).

Stipulation And [Proposed] Order Setting Briefing Schedule　　　　　No. 3:11-cv-03592-WHA

1554/73557-012 current/25123611v1

A section for the Court's endorsement is appended below, pursuant to Local Rule 7-12.

DATED: September 19, 2011                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By       /s/ Kirsten G. Scott
            Kirsten G. Scott

Attorneys for Plaintiff
Lorinda Reichert

DATED: September 19, 2011                PROSKAUER ROSE LLP

By       /s/ Katharine H. Parker
            Katharine H. Parker

Attorneys for Defendants
Time Inc., Administrative Committee Of The Time Warner Pension Plan, and FMR LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                _____
                                                                 Hon. William Alsup
                                                                 United States District Judge

Stipulation And [Proposed] Order Setting Briefing Schedule            No. 3:11-cv-03592-WHA

1554/73557-012 current/25123611v1