1  LARY ALAN RAPPAPORT, SBN 87614
   lrappaport@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
3  Los Angeles, CA 90067-3206
   Telephone: 310-557-2900
4  Facsimile: 310-557-2193

5  KATHARINE H. PARKER, *Admitted Pro Hac Vice*
   kparker@proskauer.com
6  PROSKAUER ROSE LLP
   Eleven Times Square
7  New York, NY 10036-8299
   Telephone: 212-969-3000
8  Facsimile: 212-969-2900

9  BRIDGIT M. DePIETTO, *Admitted Pro Hac Vice*
   bdepietto@proskauer.com
10 PROSKAUER ROSE LLP
   1001 Pennsylvania Avenue, NW, Suite 400 South
11 Washington, DC 20004
   Telephone: 202-416-6800
12 Facsimile: 202-416-6899

13 Attorneys for Defendants
   **TIME INC., ADMINISTRATIVE COMMITTEE OF THE**
14 **TIME WARNER PENSION PLAN, and FMR LLC**

15                 **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19 | LORINDA REICHERT, | Case No. 3:11-cv-03592-WHA |
   | Plaintiff, | |
20 | v. | **DECLARATION OF** |
21 |   | **KATHARINE H. PARKER, ESQ.** |
22 | TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC, | |
23 | Defendants. | |

25       KATHARINE H. PARKER, ESQ., pursuant to 28 U.S.C. § 1746, declares that:

26       1.    I am an attorney admitted *pro hac vice* to practice before this Court and am a
27
28 member of Proskauer Rose LLP, attorneys for the Defendants in the above-captioned action. I

Declaration Of Katharine H. Parker, Esq. In Support Of Stipulation & [Proposed] Order Setting
Briefing Schedule Case                                                  No. 3:11-cv-03592-WHA

1554/73557-012 current/25118391v1

1  submit this declaration in support of the Stipulation and [Proposed] Order Setting Briefing

2  Schedule and Oral Argument on Defendants' Motion to Dismiss Plaintiff's Complaint.

3      2.    The Local Rules 7.3(a) and (c), respectively, provide that "[a]ny opposition to a

4  motion must be served and filed not more than 14 days after the motion is served and filed," and

5  "[a]ny reply to an opposition must be served and filed by the moving party not more than 7 days

6  after the opposition is served and filed." The parties request an extension of this briefing schedule

7  to brief Defendants' Motion to Dismiss Plaintiff's Complaint because they require more time to

8  prepare and file their respective pleadings.

9      3.    This is the first request from either party to modify the briefing schedule to brief

10 Defendants' Motion to Dismiss Plaintiff's Complaint.

11     4.    The parties' requested briefing schedule and hearing date will have no effect on the

12 schedule for the case.

13     5.    Further, the requested hearing date complies with Local Rule 7.2 in that it will

14 occur no less than 35 days after the service of Defendants' Motion to Dismiss Plaintiff's

15 Complaint.

16     I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2011
New York, New York

*Katharine H. Parker* (signature)
KATHARINE H. PARKER, ESQ.

Declaration Of Katharine H. Parker, Esq. In Support Of Stipulation & [Proposed] Order Setting Briefing Schedule Case      No. 3:11-cv-03592-WHA

1554/73557-012 current/25118391v1