LARY ALAN RAPPAPORT, SBN 87614
lrappaport@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310-557-2900
Facsimile: 310-557-2193

KATHARINE H. PARKER, *Admitted Pro Hac Vice*
kparker@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

BRIDGIT M. DePIETTO, *Admitted Pro Hac Vice*
bdepietto@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW, Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899

Attorneys for Defendants
**TIME INC., ADMINISTRATIVE COMMITTEE OF THE
TIME WARNER PENSION PLAN, and FMR LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LORINDA REICHERT,<br><br>Plaintiffs,<br><br>v.<br><br>TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,<br><br>Defendants. | Case No. 3:11-cv-03592-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, AND FMR LLC MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hon. William Alsup |

THIS MATTER having come before the Court on Defendants' Time Inc., Administrative Committee of the Time Warner Pension Plan, and FMR LLC ("Defendants") Motion to Dismiss Plaintiff's Complaint, and having considered the relevant papers and pleadings on file, and good cause appearing, the Court

HEREBY GRANTS Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff Lorinda Reichert is dismissed, with prejudice, as against Defendants Time Inc., Administrative Committee of the Time Warner Pension Plan, and FMR LLC.

Dated: _____, 2011

_____
Hon. William Alsup
United States District Judge