**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REICHART,

    Plaintiff,

v.

TIME INC. ET AL,

    Defendant.
_____/

No. C 11-03592 WHA

**CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **November 17, 2011 at 11:00 a.m.** before the Honorable William Alsup. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the ADR Scheduling Order filed on July 21, 2011 remain in effect.

Dated: September 21, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

By: _____
    for Dawn K. Toland
    Courtroom Deputy to the
    Honorable William Alsup