**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORINDA REICHERT,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,<br><br>Defendants. | Case No. 3:11-cv-03592-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE (CMC)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, pursuant to Local Rules 6-1(b) and 6-2, that Defendants will file a motion to dismiss Plaintiffs' Complaint on September 20, 2011, and subject to the Court's approval, the briefing schedule and hearing date on this matter will be as follows:

1) Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on October 14, 2011;

2) Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on October 25, 2011;

3) The hearing date on this matter will be held on November 17, 2011 at 8 a.m., or as or as soon thereafter as this matter may be heard; and

4) The Initial Case Management Conference (CMC) for this matter will be held on November 17, 2011.

Defendants submit the Declaration of Katharine H. Parker in support of this Stipulation and Proposed Order, pursuant to Local Rule 6-2(a).

Stipulation And [Proposed] Order Setting Briefing Schedule         No. 3:11-cv-03592-WHA

1554/73557-012 current/25123611v1

A section for the Court's endorsement is appended below, pursuant to Local Rule 7-12.

DATED: September 19, 2011          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

                                   By _____/s/ Kirsten G. Scott_____
                                              Kirsten G. Scott

                                   Attorneys for Plaintiff
                                   Lorinda Reichert

DATED: September 19, 2011          PROSKAUER ROSE LLP

                                   By _____/s/ Katharine H. Parker_____
                                              Katharine H. Parker

                                   Attorneys for Defendants
                                   Time Inc., Administrative Committee Of The Time Warner Pension Plan, and FMR LLC

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 26, 2011.         _____
                                   Hon. William Alsup
                                   United States District Judge

Stipulation And [Proposed] Order Setting Briefing Schedule          No. 3:11-cv-03592-WHA

1554/73557-012 current/25123611v1