UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORINDA REICHERT

                Plaintiff,

                v.

TIME INC., ADMINISTRATIVE COMMITTEE
OF THE TIME WARNER PENSION PLAN,
and FMR LLC,

                Defendants.
_____/

CASE NO.
11-cv-03592-WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

__ have not yet reached an agreement to an ADR process

**X** request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  November 17, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kirsten Scott | Plaintiff | 510-839-6824 | kscott@lewisfeinberg.com |
| Margo Hasselman | Plaintiff | 510-839-6824 | mhasselman@lewisfeinberg.com |
| Katherine Parker | Defendants | 212-969-3000 | kparker@proskauer.com |
| Bridgit DePietto | Defendants | 202-416-6800 | bdepietto@proskauer.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 10/5/2011

                                      Attorney for Plaintiff

Dated: 10/5/11

                                      Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."