Christopher G. Caldwell – CA State Bar No. 106790
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
Telephone:(213).629.9040
Facsimile: (213).629.9022
caldwell@caldwell-leslie.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORINDA REICHERT,<br><br>    Plaintiff,<br><br>vs.<br><br>TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,<br><br>    Defendants. | Case No. 3:11-cv-03592-WHA<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as co-counsel of record for defendants Time Inc., Administrative Committee of the Time Warner Pension Plan, and FMR LLC.

Christopher G. Caldwell – CA State Bar No. 106790

*caldwell@caldwell-leslie.com*

DATED: November 10, 2011     CALDWELL LESLIE & PROCTOR, PC
                                        CHRISTOPHER G. CALDWELL

                                           By */s/ Christoper G. Caldwell*
                                                 CHRISTOPHER G. CALDWELL
                                       Attorneys for Defendants