UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>November 17, 2011</u>                                   Total Hearing Time: 9 minutes

Case No.  <u>C11-03592WHA</u>

Title: <u>REICHERT</u> v.  <u>TIME INC</u>

Plaintiff Attorney(s): Kirsten Scott

Defense Attorney(s): Christopher Caldwell

Deputy Clerk:  <u>Dawn Toland</u>                          Court Reporter: <u>Belle Ball</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                                                  </u>

Complete Initial Disclosures (Rule 26): 11/30/11

Last Day to Seek Leave to Add/Amend: 12/30/11

Discovery Cutoff: 6/30/12

Last Day to File Motion: 8/2/12


Continued to <u>   </u> for Motion for Summary Judgment

Continued to  <u> 9/10/12 at 2:00 pm </u>  for Pretrial Conference

Continued to  <u> 9/17/12 at 7:30 am </u>  for Bench Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.