IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Lorinda Reichert

      Plaintiff,                                       No. C-11-3592-YGR

v.                                                   **CLERK'S NOTICE**

Time, Inc. et al.

      Defendant.

_____/

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT in accordance with the Reassignment Order, the Trial Date in this action shall be maintained. Further, the Court has considered the trial-related dates previously set and, accordingly, sets and resets the following dates:

CASE MANAGEMENT CONFERENCE:      February 8, 2012 at 10:00 a.m

REFERRED TO ADR for <u>Mediation</u> to be completed by <u>February 16, 2012</u>.

SETTLEMENT CONFERENCE with a U.S. Magistrate Judge <u>to be determined at the next case management conference</u>.

NON-EXPERT DISCOVERY CUTOFF:      June 29, 2012

DISCLOSURE OF EXPERTS (retained/non-retained):   opening June 29, 2012

                                                                                      rebuttal July 13, 2012

EXPERT DISCOVERY CUTOFF:      August 3, 2012

DISPOSITIVE MOTIONS TO BE HEARD BY:      TBD at case management conference

PRETRIAL STATEMENTS:      August 17, 2012

PRETRIAL CONFERENCE:      August 31, 2012 at 9:00 a.m.

TRIAL DATE:      September 17, 2012 at 8:30 a.m. (Court Trial)

TRIAL LENGTH:      TBD days

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

Oakland, California

Dated: January 19, 2012　　　　　　　　　　　　By: Frances Stone

　　　　　　　　　　　　　　　　　　　　　　　　Clerk to Judge Yvonne Gonzalez Rogers

CC: ADR