# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Reichert,<br><br>              Plaintiff(s),<br><br>  v.<br><br>Time Inc.,<br><br>              Defendant(s). | 11-03592 YGR MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Arthur R. Siegel**
> Law Offices of Arthur R. Siegel
> 351 California Street Suite 700
> San Francisco, CA 94104
> 415-395-9335
> asiegel@igc.org

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
11-03592 YGR MED           - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 19, 2012

RICHARD W. WIEKING
Clerk
by:      Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
11-03592 YGR MED                              - 2 -