United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

LORINDA REICHERT,

    Plaintiff,

vs.

TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,

    Defendants.

Case No.: 11-cv-03592-YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING**

18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Notice of Settlement and Stipulation to Vacate Case Management Conference and [Proposed] Order (Dkt. No. 44), the Court hereby VACATES the Case Management Conference scheduled for March 19, 2012 at 2:00 p.m. This Order terminates Dkt. No. 44.

A compliance hearing regarding the filing of a stipulation of dismissal shall be held on Friday, April 27, 2012 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. Five (5) business days prior to the date of the compliance hearing, the parties shall file either their stipulation of dismissal of this action, or the parties shall file a one-page JOINT STATEMENT setting forth an explanation for why the case has not been dismissed. If compliance is complete, the parties need not appear and the compliance

hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**